19, 1897.) Action by Charlotte W. Gregan against Charles J. Buchanan. No opinion. Motion granted with $10 costs. See Gregan v. Buchanan, supra, and 43 N. Y. Supp. 1154.

GREGOR et al., Respondents, v. McKEE et al., Appellants. (Supreme Court, Appellate Term, First Department. February 25, 1897.) Action by Charles R. Gregor and Charles S. Gregor against John H. McKee; Eliza A. Demarest, as executrix of the last will and testament of Matilda Reynolds, deceased; Sarah B. McAdam and George R. Blair, as executors of the last will and testament of Mary Jane Blair, deceased. George W. McAdam, for appellants. Wolf, Kohn & Ullman, for respondents. No opinion. Order and judgment (43 N. Y. Supp. 486) affirmed upon argument.

GRIFFIN, Appellant, v. KEENEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Mead E. Griffin against Fred B. Keeney. No opinion. Order affirmed, with $10 costs and disbursements.

GUILFOYLE, Respondent, v. PIERCE, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by James F. Guilfoyle against Catherine E. Pierce. No opinion. Motion denied, with $10 costs. See 40 N. Y. Supp. 993.

HAINES v. SCOTT. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Ida M. Haines, administratrix, against William E. Scott. No opinion. Motion granted, with $10 costs.

HALL, Appellant, v. OCEAN & SENECA CONSOL. MIN. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1896.) No opinion. Motion denied upon payment of $10 costs.

HALLAHAN v. WEBBER et al. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Grace A. Hallahan, as administratrix, against George C. Webber and others. No opinion. Resettlement granted upon payment of $10 costs, and with privilege to the plaintiff to withdraw appeal to the court of appeals and take a new trial, in which case the defendants must pay the printing disbursements of the plaintiff upon her appeal to the court of appeals. See 40 N. Y. Supp. 103.

HALLEY Respondent, v. HATCH, Appellant. (Supreme Court, Appellate Term, First Department. March 22, 1897.) Action by Rudolph Halley against Edward P. Hatch. Henry Tompkins, for appellant. Abraham Levy, for respondent. No opinion. Judgment (43 N. Y. Supp. 1155) affirmed upon argument.

HALPIN, Respondent, v. MUTUAL BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by Paul Halpin against the Mutual Brewing Company, Matthew Coleman, Edward Joyce, and others. No opinion. Reargument ordered.

HALSTED, Respondent, v. HALSTED, Appellant. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Charles S. Halsted against Sarah B. Halsted. Henry D. Hotchkiss, for appellant. G. W. Carr, for respondent.

PER CURIAM. Upon an examination of the record in this case it appears that in arriving at the conclusions which were embodied in his report the referee applied different standards to the proof offered upon the part of the plaintiff and the defendant. As a consequence, we cannot concur in the conclusion arrived at by him; and we think that there should be a new trial before another referee, to be appointed in the order entered upon this decision. We do not discuss the facts of the case, because we might thereby say something which the referee might consider as binding upon him in the decision of the issues which will be presented upon the new trial. Judgment reversed; new trial ordered; costs to appellant to abide event.

HAMILTON, Respondent, v. FIDELITY MUT. LIFE ASS'N OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Lucie Hamilton against the Fidelity Mutual Life Association of Philadelphia, Pa. No opinion. Order affirmed, without costs.

HANNON, Respondent, v. GALLAGHER, Appellant. (Supreme Court, Appellate Term, First Department. March 23, 1897.) Action by James Hannon against Patrick Gallagher. Hastings & Gleason, for appellant. Jeroloman & Arrowsmith, for respondent. No opinion. Judgment (43 N. Y. Supp. 492) affirmed upon argument.

HARDT et al. v. LEVY et al. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by William A. Hardt and others against Moses S. Levy and others. I. L. Bamberger, for appellants. G. Zabriskie, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re HART et al. (Supreme Court, Appellate Division, First Department. October 16, 1896.) In the matter of Lucius Hart & Co. No opinion. Motion denied.

HARTLOT PAPER CO., Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. March 12, 1897.) Action by the Hartlot Paper Company against the state of New York. No opinion. Award reversed, and a new trial granted; costs to abide the event. See 43 N. Y. Supp. 1155.

HARTWIG et al., Appellants, v. EVERETT et al., Respondents. (City Court of New York, General Term. February 23, 1897.) Action by Louis Hartwig and another against Randolph C. Everett and another. Douglas & Minton, for appellants. Richard Marvin, respondents. VAN WYCK, C. J. The defendants moved to set aside service of summons on the ground that plaintiffs had enticed them into the jurisdiction by fraud and deceit, for the purpose of making such service upon them, and they ap-